# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **PAMELA DIANE STARK,** )   )   Plaintiff,   )   )  v.                                                                   )   No. 2:19-cv-02396-JTF-tmp   )  **CITY OF MEMPHIS,**     )    )   Defendant.        ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR THE COURT TO CONDUCT A STATUS CONFERENCE

Before the Court is Plaintiff's Unopposed Motion for the Court to Conduct a Status Conference (ECF 78), filed on January 14, 2021. (EF No. 78.)  For good cause shown, the Motion is Granted.  Accordingly, the Court will schedule a status conference by separate notice.

**IT IS SO ORDERED** on this 19th day of January, 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE