UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **PAMELA DIANE STARK,** | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION:2:19-cv-02396-JTF-tmp |
| | ) |
| | )   JURY DEMANDED |
| | ) |
| **CITY OF MEMPHIS,** *et al.,* | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEDIATION ORDER

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by Wednesday, July 7th, 2021.  The parties are to have present at the mediation, representatives with full settlement authority.  The parties must file a report with the Court stating (1) the name of their mediator, (2) the date on which the mediation took place, and (3) the results of the mediation.  The parties' mediation report is due on or before Wednesday, July 7th, 2021.

A Status Conference is set for Thursday, October 21st, 2021 at 9:15 a.m. (CST)

**IT IS SO ORDERED** on this 14th day of April, 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE