IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**PAMELA DIANE STARK,**

      **Plaintiff,**                        Case No.: 2:19-cv-02396-JTF-tmp

v.

**CITY OF MEMPHIS,** *et al.*,

      **Defendants.**

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT

---

Before the Court is Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint filed on August 24, 2021. (ECF No. 116.) Having considered the Motion, the Court finds good cause exists to GRANT the motion and allow Plaintiff to amend her First Amended Complaint. Accordingly, Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint is GRANTED.

**IT IS SO ORDERED** on this 20th day of October 2021.

                                              *s/John T. Fowlkes, Jr.*
                                              JOHN T. FOWLKES, JR.
                                              UNITED STATES DISTRICT COURT