IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**PAMELA DIANE STARK,**

       Plaintiff,                      Case No.: 2:19-cv-02396-JTF-tmp

v.

**CITY OF MEMPHIS,** *et al.*,

       Defendants.

---

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW
ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

      Before the Court is Defendant's, the City of Memphis, Partial Motion to Dismiss Plaintiff's First Amended Complaint filed on July 13, 2021. (ECF No. 110.) On September 7, 2021, the City filed a Notice of Withdrawal indicating its intent to withdraw the Partial Motion to Dismiss. (ECF No. 118.) The Notice further provided that all concerns that were raised in the Partial Motion to Dismiss were resolved in Plaintiff's proposed Second Amended Complaint. As such, the Court has granted Plaintiff's Motion for Leave to File the Second Amended Complaint. (ECF No. 116 and ECF No. 119.) Accordingly, Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 110, is terminated as Moot.

      **IT IS SO ORDERED** on this 20th day of October 2021.

                                        *s/John T. Fowlkes, Jr.*
                                        JOHN T. FOWLKES, JR.
                                        UNITED STATES DISTRICT COURT