# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

___

PAMELA DIANE STARK,

    Plaintiff,                                  Case No.: 2:19-cv-02396-JTF-tmp

v.

CITY OF MEMPHIS, *et al.*,

    Defendants.

___

## DEFENDANT CITY OF MEMPHIS' NOTICE OF SERVING
## SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

___

    Defendant, City of Memphis (the "City"), by and through counsel of record, provides notice of service of the City's Supplemental Rule 26(a)(1) Initial Disclosures via electronic mail as of this date.

                                                  Respectfully submitted,

                                                  BURCH, PORTER & JOHNSON, PLLC

                                                  s/Melisa Moore
                                                  Tannera George Gibson (BPR #27779)
                                                  Melisa Moore (BPR #28709)
                                                  130 North Court Avenue
                                                  Memphis, Tennessee 38103
                                                  Telephone: (901) 524-5000
                                                  E-mail: tgibson@bpjlaw.com
                                                                mmoore@bpjlaw.com

                                                  *Attorneys for City of Memphis*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded via the Court's electronic filing system this 21st day of January, 2022 to counsel of record for this matter.

                                                                    s/Melisa Moore