IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA DIANE STARK,

       Plaintiff,                              Case No.: 2:19-cv-02396-JTF-tmp

v.

CITY OF MEMPHIS, *et al.*,

       Defendants.

### NOTICE OF SETTLEMENT

Comes Now Plaintiff Pamela Diane Stark and hereby files this Notice of Settlement. All matters before the Court have been resolved, and the parties are in the process of finalizing the necessary documentation. Thereafter, the parties will file a Stipulation of Dismissal so that this matter may be dismissed with prejudice and judgment entered.

Respectfully submitted,

/s/ Bryce W. Ashby
Brice M. Timmons (#295852)
Bryce W. Ashby (#26179)
Craig A. Edgington (#38205)
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 278-1004, Ext 239 - Phone
(901) 278-3111 - Facsimile
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of August 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing.

                                                /s/ *Bryce W. Ashby*