IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA DIANE STARK,

    Plaintiff,

v.

CITY OF MEMPHIS, *et al.*,

    Defendants.

Case No.: 2:19-cv-02396-JTF-tmp

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Pamela Diane Stark, Defendant City of Memphis, and Defendant Joe Stark hereby file this Stipulation of Dismissal with Prejudice. The parties give notice that consistent with the previously filed Notice of Settlement, all matters before the Court have now been resolved. Accordingly, this matter may be dismissed with prejudice and judgment entered.

    Respectfully submitted,

*/s/ Bryce W. Ashby*
Brice M. Timmons (#295852)
Bryce W. Ashby (#26179)
Craig A. Edgington (#38205)
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004, Ext 239 - Phone
(901) 278-3111 - Facsimile
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

/s/Tannera George Gibson
Tannera George Gibson (#27779)
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, Tennessee 38103
*Counsel for Defendants*
*City of Memphis and Joe Stark*

/s/Mary Elizabeth McKinnery
Mary Elizabeth McKinney
Godwin Morris Laurenzi & Bloomfield, PC
Morgan Keegan Tower
50 N. Front St., Suite 800
Memphis, TN 38103
(901) 528-1702
bmckinney@gmlblaw.com
*Attorney for Defendant Joe Stark*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2022, the foregoing was served via the Court's ECF system on counsel for all parties.

/s/ *Bryce W. Ashby*