# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAMELA DIANE STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:19-cv-02396-JTF-tmp |
| | ) |
| CITY OF MEMPHIS and | ) |
| JOE STARK, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed on December 2, 2022. (ECF No. 147.) The parties advise that all matters before the Court have now been resolved. (*Id.*) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice. Accordingly, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this 5th day of December, 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE